IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BOLZAU ET AL., </br> </br> Plaintiff, </br> </br> vs. </br> </br> BUTTE COUNTY CREDIT BUREAU, </br> A CALIFORNIA CORPORATION, </br> </br> Defendant. | Case No. 2:12-cv-00858-MCE-GGH </br> </br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon the Joint Motion for Dismissal (ECF No. 14), and for good cause appearing, the Court **GRANTS** the Joint Motion for Dismissal. This action is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:    February 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE