# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BOLZAU ET AL., ) | Case No. 2:12-cv-00858-MCE-GGH |
| ) | |
| Plaintiff, ) | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| ) | |
| vs. ) | |
| ) | |
| BUTTE COUNTY CREDIT BUREAU, ) | |
| A CALIFORNIA CORPORATION, ) | |
| ) | |
| ) | |
| Defendant. ) | |

Based upon the Joint Motion for Dismissal (ECF No. 14), and for good cause appearing, the Court **GRANTS** the Joint Motion for Dismissal. This action is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:   February 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1

«F4»